IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENNIS A. DRAZIN,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 10-cv-01763 |
| | : | |
| **MICHAEL CHAVONES, et al.** | : | |
| Defendants. | : | |

# **O R D E R**

**AND NOW**, this 28th day of September, 2012, upon consideration of Defendant, Michael Chovanes', Motion to Dismiss (Doc. No. 17) and Plaintiff's Response thereto (Doc. No. 19), it is hereby ORDERED that the motion is **DENIED**.

                      BY THE COURT:

                      /s/LAWRENCE F. STENGEL
                      LAWRENCE F. STENGEL, J.